Filed May 16, 1884.

---

No. 11,109.

MATHEWS ET AL. *v.* MACK ET AL.

95 431
Case 1
158 290

From the Elkhart Circuit Court.

*J. M. VanFleet*, for appellants.
*H. C. Dodge* and *O. Z. Hubble*, for appellees.

FRANKLIN, C.—The main question in this case is settled by the decision in the case of *Wright* v. *Mack, ante*, p. 332. Upon the authority of that case the judgment in this case ought to be reversed.

PER CURIAM.—The judgment of the court below is in all things reversed, at appellees' costs.

Filed March 12, 1884.